IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)

| | | |
|---|---|---|
| In re: | ) | Case No. 17-bk-20543-JAD |
| | ) | Chapter 7 |
| DAVID H. ZIMMER, | ) | Judge Jeffrey A. Deller |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Document No.: 383-2 |
| | ) | |
| Movant, | ) | Related Document: 383 |
| | ) | |
| v. | ) | Hearing date: 9/1/2020 at 10 AM |
| | ) | |
| DANIEL PETER MORRIS and | ) | |
| LUCILLE AIOSA MORRIS, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER ON UNITED STATES OF AMERICA'S MOTION TO QUASH MORRISES' SUBPOENA OF IRS COMMISSIONER CHARLES RETTIG**

AND NOW, on this _____ day of _____, 2020, on the motion of the United States of America, it is hereby **ORDERED** that the subpoena of Daniel and Lucille Morris to Charles Rettig, Commissioner of Internal Revenue, is **QUASHED**.

_____
HON. JEFFREY A. DELLER

1