IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> David H. Zimmer, <br>     Debtor. | ) Case No. 17-20543 JAD <br> ) <br> ) Chapter 7 <br> ) |
| Daniel Peter Morris, and <br> Lucille Aiosa Morris, Creditors <br>     Movants, <br>         vs. <br><br> Rosemary C. Crawford, Chapter 7 Trustee <br>     Respondent | ) <br> ) <br> ) <br> ) Related Document No.: 613, 611, 593, <br> )                            592, 564 <br> ) Hearing Date: 09/21/2021 <br> ) Haring Time: 10 AM <br> ) |

**Creditors Daniel Peter Morris and Lucille Aiosa Morris**
**Supplement to Doc 611**
**Motion For Reconsideration Under Fed. R. Bankr. P. 8002(b)**
**and 9023 of the Decision at Doc 592 and Order at Doc 593 on the Chapter 7 Trustee's**
**Emergency Motion at Doc 564**

**1.** Creditors Daniel Peter Morris and Lucille Aiosa Morris ("Morrises") file this "*Creditors Daniel Peter Morris and Lucille Aiosa Morris Supplement to Doc 611 Motion For Reconsideration Under Fed. R. Bankr. P. 8002(b) and 9023 of the Decision at Doc 592 and Order at Doc 593 on the Chapter 7 Trustee's Emergency Motion at Doc 564*".

**2.** To the Conclusion of the Motion at Doc 611 add the following concise statement of an argument presented therein.

**3.** By operation of Pennsylvania Rules Chapter 3000 - JUDGMENTS Rule 3252 entitled "Writ of execution; money judgments" which provides that a Writ of Execution thereunder "attaches all property of the Defendant subject to attachment" such writ does not apply to Bankruptcy Estate Assets since by operation of Title 11 U.S. Code Bankruptcy Estate Assets are not subject to attachment by the Writ of Execution. Thus, by operation of law Morrises having served the Writ of Execution on the Chapter 7 Trustee cannot violate the 11 U.S.C § 362(a) automatic stay. This is

1

supported by the 3rd Circuit stating: "The bankruptcy code's automatic stay provision prohibits 'any act to obtain possession of property of the estate . . . .' 11 U.S.C. § 362(a)(3). " In re Lansdale Family Rests., Inc., 977 F.2d 826, 829 (3d Cir. 1992). Thus, an intentional act to have the Writ of Execution served on the Chapter 7 Trustee by operation of law cannot "'obtain possession of property of the estate'" *id*.

**WHEREFORE,** Morrises respectfully request the Court to grant the Motion.

Respectfully submitted,

| | |
|---|---|
| _/s/Daniel Peter Morris_____ | /s/ Lucille Aiosa Morris_____ |
| Daniel Peter Morris | Lucille Aiosa Morris |
| Creditor, Pro se | Creditor, Pro se |
| P. O. Box 1165 | P. O. Box 1165 |
| White Plains, NY 10602 | White Plains, NY 10602 |
| Tel. No. 914-945-3217 | Tel. No. 914-945-3217 |
| Email address: daniel_p_morris@yahoo.com | Email address: daniel_p_morris@yahoo.com |
| Date 08/30/2020 | Date 08/30/2020 |

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | Case No. 17-20543 JAD |
| **David H. Zimmer,** ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| **Daniel Peter Morris, and** ) | |
| **Lucille Aiosa Morris,** ) | |
| **Creditors** ) | |
| Movants, ) | |
| vs. ) | Related Document No. 613, 611, 593, |
| **Rosemary C. Crawford, Chapter 7 Trustee** ) | 592, 564 |
| Respondent ) | Hearing Date: 09/21/2021 |
| ) | Haring Time: 10 AM |

**CERTIFICATE OF SERVICE**

I, Daniel Peter Morris, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on that 08/30/2021 that I served a copy of the within paper:

**BY EMAIL ON**

**1.** Office of the United States Trustee Liberty Center at ustpregion03.pi.ecf@usdoj.gov
**2.** Rosemary C. Crawford, Chapter 7 Trustee, at crawfordmcdonald@aol.com
**3.** Donald R. Calaiaro , attorney for debtor, at dcalaiaro@c−vlaw.com
**4.** David Z. Valencik, attorney for debtor at dvalencik@c-vlaw.com
**5.** Richard Hagerman attorney for Department of Treasury Internal Revenue Service,
   richard.j.hagerman@usdoj.gov
**6.** Ward W. Benson attorney for Department of Treasury Internal Revenue Service,
   ward.w.benson@usdoj.gov
**7.**   Larry Wahlquist, Trial Attorney for U.S. Trustee at Larry.E.Wahlquist@usdoj.gov

   /s/   Daniel Peter Morris
Daniel Peter Morris, Creditor, Pro se          Executed on 08/30/2021
P.O. Box 1165
White Plains, NY 100602`                        Telephone 914-945-3217
Email address: daniel_p_morris@yahoo.com